DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent, v. FRANK FERGUSON, Appellant.

Argued May 19, 1937; decided June 1, 1937.

*Bartle Gorman* for appellant.

*Bradley Fuller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHMAN, FINCH and RIPPEY, JJ.